No. 317. EDGAR DAY *v.* UNITED STATES.  October 17, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Wm. C. Bachelder, A. J. Groesbeck* and *Harold K. Bachelder* for petitioner.  *Solicitor General Mitchell, Assistant to the Attorney General Donovan* and *Mr. H. R. Lamb* for the United States.

No. 318. GRACE A. LEATHE *v.* TITLE GUARANTY TRUST COMPANY.  October 17, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. S. Mayner Wallace* and *Henry S. Priest* for petitioner.  *Messrs. Xenophon P. Wilfley, Fred L. Williams* and *Earl F. Nelson* for respondent.

No. 320. ALEXANDRIA PAPER COMPANY *v.* EIBEL PROCESS COMPANY.  October 17, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Arthur M. Hood* for petitioner.  *Mr. Harrison F. Lyman* for respondent.

No. 323. SIMON P. LESSELYOUNG *v.* UNITED STATES.  October 17, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. John T. Sullivan* for petitioner.  *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

No. 324. OTTO C. KURTZ, ADMINISTRATOR, *v.* DETROIT, TOLEDO & IRONTON RAILROAD COMPANY.  October 17, 1927.  Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied.  *Mr. Herbert P. Whitney* for petitioner.  *Messrs. Clifford B. Longley* and *Wallace R. Middleton* for respondent.